# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY AGNEW | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1998 |
| v. | : | (JUDGE MANNION) |
| PA BD OF PROB AND PAROLE, | : | |
| Respondents | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. Agnew's petition for early parole hearing, (Doc. 18) is **DISMISSED** without prejudice to his right to seek relief with the Parole Board, or to refile his petition should the Parole Board respond unfavorably to his request.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 8, 2020**
19-1998-01